## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

DENNIS D. FRISBY,

    Plaintiff,

v.

CCB CREDIT SERVICES, INC.,

    Defendant.

Case No.  1:17-cv-01359-JES-JEH

Honorable Judge James E. Shadid

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS D. FRISBY, and the Defendant, CCB CREDIT SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against CCB CREDIT SERVICES, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 19, 2018             Respectfully Submitted,

**DENNIS D. FRISBY**             **CCB CREDIT SERVICES, INC.**

/s/ Nathan C. Volheim             /s/ James M. Brodzik (*with consent*)
Nathan C. Volheim             James M. Brodzik
*Counsel for Plaintiff*             *Counsel for Defendant*
Sulaiman Law Group, LTD             Hinshaw & Culbertson LLP
2500 S. Highland Avenue, Suite 200             521 West Main Street, Suite 300
Lombard, Illinois 60148             Belleville, IL 62222
Phone: (630) 575-8181             Phone: (618) 310-2325
Fax :( 630) 575-8188             JBrodzik@hinshawlaw.com
nvolheim@sulaimanlaw.com